Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**CHRISTOPHER K.,**

                Plaintiff,

  vs.

Commissioner of Social Security Administration,

                Defendant.
_____

Civil No. 6:22-cv-00412-HZ

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay the sum of $12,200.00 in attorney fees upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

debts") for full settlement of all claims for fees under EAJA.  Costs for court filing-fees shall be awarded to Plaintiff attorney in the sum of $402.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $12,200.00 in attorney fees plus $402.00 reimbursement of Court filing-fees shall be made to Plaintiff's attorneys, Drew L. Johnson, P.C. and mailed to their office at 1700 Valley River Drive, Suite 100 Eugene, OR 97401.  If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of _____March 28_____, 2023

_____*Marco Hernandez*_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Drew L. Johnson, P.C.
      Attorneys for Plaintiff